**No. 09-887. E. H. and K. H., on Their Own Behalf and as Parents and Next Friends of C. H., a Minor, Petitioners v. Board of Education of the Shenendehowa Central School District, et al.**

559 U.S. 1037, 130 S. Ct. 2064, 176 L. Ed. 2d 415, 2010 U.S. LEXIS 2912.

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 361 Fed. Appx. 156.

**No. 09-888. Leland Graske, Petitioner v. Daniel Doyle, et ux.**

559 U.S. 1036, 130 S. Ct. 2064, 176 L. Ed. 2d 415, 2010 U.S. LEXIS 2784.

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 579 F.3d 898.

**No. 09-892. Paul J. Southwick, Petitioner v. Marguerite A. Crownover, et al.**

559 U.S. 1037, 130 S. Ct. 2065, 176 L. Ed. 2d 415, 2010 U.S. LEXIS 2883.

March 29, 2010. Petition for writ of certiorari to the Court of Appeal of California, First Appellate District, denied.

**No. 09-924. Yun Kyu Yook, Sun Ju Yook, and Ju Hyung Yook, Petitioners v. Eric H. Holder, Jr., Attorney General.**

559 U.S. 1037, 130 S. Ct. 2071, 176 L. Ed. 2d 415, 2010 U.S. LEXIS 2891.

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 339 Fed. Appx. 795.

**No. 09-928. Sang Kyu Han, et ux., Petitioners v. Eric H. Holder, Jr., Attorney General.**

559 U.S. 1037, 130 S. Ct. 2071, 176 L. Ed. 2d 415, 2010 U.S. LEXIS 2806.

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 339 Fed. Appx. 802.

**No. 09-966. Dom Wadhwa, Petitioner v. Department of Veterans Affairs (two judgments).**

559 U.S. 1037, 130 S. Ct. 2084, 176 L. Ed. 2d 415, 2010 U.S. LEXIS 2785.

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 353 Fed. Appx. 435 (first judgment) and 353 Fed. Appx. 434 (second judgment).

**No. 09-969. Bryan J. Brown, Petitioner v. Indiana Board of Law Examiners.**

559 U.S. 1038, 130 S. Ct. 2072, 176 L. Ed. 2d 415, 2010 U.S. LEXIS 2762.

March 29, 2010. Petition for writ of certiorari to the Supreme Court of Indiana denied.